# Commonwealth to use, Appellant, *v.* Cavett.

*Appeal—Quashing appeal—Exception—Affidavit of defense.*

An appeal from an order discharging a rule for judgment for want of a sufficient affidavit of defense will be quashed, where there has been no exception to the decision.

Argued May 4, 1903. Appeal, No. 121, April T., 1903, by plaintiff, from order of C. P. No. 1, Allegheny Co., June T., 1903, discharging rule for judgment for want of a sufficient affidavit of defense in case of Commonwealth to use of Pressley N. Cavett and now for use of Joseph Crown v. William L. Cavett and George E. Painter. Before RICE, P. J., BEAVER, ORLADY, PORTER, MORRISON and HENDERSON, JJ. Appeal quashed.

Assumpsit on a bond.

The court discharged a rule for judgment for want of a sufficient affidavit of defense.

*Error assigned* was the order of the court.

. *Joseph Crown*, for appellant.

*Warren I. Seymour*, for appellee.

PER CURIAM, May 22, 1903:

To entitle a plaintiff to an appeal from an order discharging a rule for judgment for want of a sufficient affidavit of defense he must except to the decision: Act of April 18, 1874, P. L. 64. As this was not done in the present case the appeal must be quashed.

Appeal quashed.